Jonathan Rosenberg, Esq.
137 Court Street, Fl. 2, Brooklyn, NY 11201
Tel: (718) 715-4845 | Fax: (718) 797-1855
Email: jonathan@rosenbergpllc.com

May 20, 2020

HON. EDGARDO RAMOS
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:     *USA v. Luis Parrales, et al.*
        1:19-cr-00663-ER

Your Honor:

My office represents the above-named defendant, Luis Parrales. United States Pretrial Services informs my office that they "reviewed the Order endorsed by the Court, but given that the order specifies that the employment will be up until May 17, 2020, we will need a new endorsed order that indicates that the defendant can stay overnight in PA for work-related purposes with prior PSA approval (not including any specific dates) so we no longer have the need to go back to the Court for modifications."

**As such, my client requests this Court's permission to continue residing in Pennsylvania, at an address known to United States Pretrial Services, for legitimate work purposes.** Moreover, U.S. Pretrial Services informs my office that "the defendant continues to provide employment verification & is in full compliance with the release conditions."

The Government officially takes no position as this application. We appreciate the Court's time in reviewing this letter.

Respectfully submitted,

Jonathan Rosenberg
*Attorney for Luis Parrales*
137 Court Street, Fl. 2
Brooklyn, N.Y. 11201
Tel: (718) 715-4845

SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:   6/19/2020
New York, New York

cc:     Mr. Nicholas Chiuchiolo
        Assistant United States Attorney
        United States Attorney's Office
        Southern District of New York