

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2020

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The November 4 pretrial conference is hereby adjourned to December 18, 2020, at 11:30 a.m. Speedy trial time is excluded from November 4, 2020, until December 18, 2020, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __11/5/2020__
> New York, New York

Re: *United States v. Luis Parrales, et al.*, 19 Cr. 663 (ER)

Dear Judge Ramos:

The Government writes on behalf of all parties respectfully to request a forty-five day adjournment of the pretrial conference scheduled for November 4, 2020, at 11:00 a.m. The requested adjournment is necessary for the parties to continue and complete discussions regarding pretrial dispositions. The requested adjournment will also allow defendant Carlos Parrales's newly retained counsel (*see* Dkt. Nos. 70, 72) to review discovery. For the same reasons, the Government further requests, without objection from the parties, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between November 4, 2020 and the date of the next pretrial conference.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247

cc: all counsel of record (ECF)