```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                 :
                                          :         ORDER
             -v-                          :
                                          :
LUIS PARRALES,                            :         19 Cr. 0663 (ER)
CARLOS PARRALES,                          :
GILBERTO LUCIANO VAZQUEZ, and             :
DAVID LIRANZO,                            :
                                          :
                         Defendants.      :
-----------------------------------------------------------X
```

Ramos, D.J.:

The telephonic pretrial conference previously scheduled for December 18, 2020, is hereby rescheduled for **December 17, 2020, at 10:30 a.m.**

Counsel and defendants should call **(877) 411-9748** and use access code **3029857#**. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

It is SO ORDERED.

Dated: December 11, 2020
       New York, New York

_____
Edgardo Ramos, U.S.D.J.