

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 2, 2021

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The February 4 pretrial conference is adjourned to April 1, 2021, at 10:30 a.m. Speed trial time is excluded from February 2, 2021 until April 1, 2021, in the insterest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __2/3/2021__
> New York, New York

**Re:** *United States v. Luis Parrales, et al.*, **19 Cr. 663 (ER)**

Dear Judge Ramos:

    The Government respectfully writes on behalf of all parties to request a forty-five day adjournment of the pretrial conference scheduled for February 4, 2021, at 12:00 p.m. The requested adjournment is necessary for the parties to continue and complete discussions regarding pretrial dispositions. All defendants are having discussions with the Government, and the parties believe additional time to discuss this matter will be fruitful. For the same reason, the Government further requests, without objection from the parties, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between February 4, 2021 and the date of the next pretrial conference.

                                Very truly yours,

                                AUDREY STRAUSS
                                United States Attorney

by: _____
      Nicholas W. Chiuchiolo
      Assistant United States Attorney
      (212) 637-1247

cc: all counsel of record (ECF)