USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: ___3/24/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

LUIS PARRALES,
CARLOS PARRALES,
GILBERTO LUCIANO VAZQUEZ, and
DAVID LIRANZO,

                  Defendants.

------------------------------------------------------------X

ORDER

19 Cr. 0663 (ER)

Ramos, D.J.:

The pretrial conference previously scheduled for 10:30 a.m. on April 1, 2021, is hereby **rescheduled to occur as a teleconference at 12:00 p.m. on April 1**.

Counsel and defendants are instructed to call **(877) 411-9748** and enter access code **3029857#** when prompted.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

It is SO ORDERED.

Dated: March 24, 2021
       New York, New York

_____
Edgardo Ramos, U.S.D.J.