

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2021

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Luis Parrales, et al.*, 19 Cr. 663 (ER)

Dear Judge Ramos:

The Government respectfully writes on behalf of all parties to request a sixty day adjournment of the pretrial conference scheduled for May 25, 2021, at 10:30 a.m. The requested adjournment is necessary for the parties to continue and complete discussions regarding pretrial dispositions. All defendants are having discussions with the Government, and the parties believe additional time to discuss this matter will be fruitful. For the same reason, the Government further requests, without objection from the parties, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between May 25, 2021 and the date of the next pretrial conference.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: _____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247

cc: all counsel of record (ECF)

> The May 25 pretrial conference is adjourned to July 27, 2021, at 3:30 p.m. Speedy trial time is excluded from May 25, 2021, until July 27, 2021, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 5/24/2021
> New York, New York