

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2021

**BY ECF**

**MEMO ENDORSED**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  *United States v. Luis Parrales, et al.*, 19 Cr. 663 (ER)

Dear Judge Ramos:

    The Government respectfully writes on behalf of the Government and counsel for Luis Parrales and Carlos Parrales to request a forty-five day adjournment of the pretrial conference scheduled for September 9, 2021, at 10:30 a.m.  The requested adjournment is necessary for the parties to continue and complete discussions regarding pretrial dispositions.  All defendants are having discussions with the Government, and the parties believe additional time to discuss this matter will be fruitful.  For the same reason, the Government further requests, without objection from the parties, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between September 9, 2021 and the date of the next pretrial conference.

Pretrial conference is adjourned from September 9, 2021 to October 29, 2021 at 3:30pm.

The conference will take place in Courtroom 619.

_____
Edgardo Ramos, U.S.D.J
Dated: 09/09/2021
New York, New York

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: _____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247

cc: all counsel of record (ECF)