USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/24/2021

**MEMORANDUM**

**MEMO ENDORSED**

TO:   Honorable Edgardo Ramos
      U.S. District Judge

FROM: Viosanny Harrison
      U.S. Pretrial Services Officer

RE: Luis Parrales
DOCKET #: 19 CR 663

The attached memorandum was prepared by Pretrial Services Officer:

**Viosanny Harrison**         212-805-4317

Name        Phone Number

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # _619_ on _10/6/2021_ at _4 pm_ .
                            Date               Time

[ ]   So Ordered: _/s/ Edgardo Ramos_

[ ]   I request that a Bail Review Hearing be conducted by:

      [ ]   The presiding Magistrate Judge in courtroom # 5A.

      [ ]   The District Court Judge presiding in Part I.

      [ ]   _____ at his/her earliest convenience.
                   Judicial Officer