```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
           -v-                         :
                                       :
LUIS PARRALES, and                     :
CARLOS PARRALES,                       :
                                       :
                       Defendant.      :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  10/20/2021

ORDER

21 Cr. 87 (ER)

Ramos, D.J.:

The pretrial conference previously scheduled for October 29, 2021, is **rescheduled to occur as a telephone conference on November 2, 2021 at 10:30 AM.**

Counsel are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

The time between October 29, 2021, and November 2, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) upon consent of the parties.  The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

It is SO ORDERED.

Dated:  October 20, 2021
        New York, New York

_____
Edgardo Ramos, U.S.D.J.