USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: ___1/3/2022___

JONATHAN ROSENBERG PLLC
137 Court Street, Fl. 2, Brooklyn, NY 11201
Tel: (718) 715-4845 | office@rosenbergpllc.com

January 3, 2022

**MEMO ENDORSED**

HON. EDGARDO RAMOS
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

     Re:    *USA v. Luis Parrales, et al.* – Request for Adjournment
             1:19-cr-00663-ER

Your Honor:

    My office represents the above-named defendant, Luis Parrales.

    Without opposition from the government, we are requesting a 30-day adjournment of the upcoming court date so that my client may properly consider a plea offer.

    The government does not oppose this request, and we consent to waive time.

                                            Respectfully submitted,

                                            Jonathan Rosenberg
                                            *Attorney for Luis Parrales*
                                            137 Court Street, Fl. 2
                                            Brooklyn, N.Y. 11201
                                            Tel: (718) 715-4845

cc:    *All parties via ECF.*

---

As to Luis Parrales, the January 6, 2022 pretrial conference is adjourned to February 9, 2022 at 10:30 am by telephone.  Counsel shall call (877) 411-9748 and enter access code 3029857# when prompted.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.  Speedy trial time is excluded from January 6, 2022 until February 9, 2022, in the interest of justice.

SO ORDERED.

                                            Edgardo Ramos, U.S.D.J
                                            Dated:   1/3/2022
                                            New York, New York