XUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __4/5/2022__
```

| UNITED STATES OF AMERICA | |
|---|---|
| -against- | **ORDER** |
| LUIS PARRALES, | 19 Cr. 663-1 (ER) |
| Defendant. | |

Ramos, D.J.:

Retained attorney, Jonathan Avner Rosenberg, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to CJA counsel Evan L. Lipton.

SO ORDERED.

Dated: New York, New York
April 5, 2022

Edgardo Ramos, U.S.D.J.