UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Judgment Creditor,<br>  v.<br>LUIS PARRALES,<br>     Judgment Debtor. | 19 CR 663 (ER)<br><br>**STIPULATION AND<br>ORDER FOR VOLUNTARY<br>ASSIGNMENT OF EARNINGS** |

  WHEREAS, on January 5, 2023, the United States of America obtained a judgment against the judgment debtor, LUIS PARRALES, in the amount of $1,009,474.00, for which the outstanding balance is $1,007,925.30, and the parties have agreed to voluntary automatic deduction of 10% per pay period from LUIS PARRALES's compensation to pay the judgment,

  IT IS HEREBY STIPULATED AND AGREED that LUIS PARRALES's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of LUIS PARRALES's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for LUIS PARRALES, 19 CR 663.

Dated: November 8, 2024
   New York, New York

_____
*LUIS PARRALES*
*Judgment Debtor*

DAMIAN WILLIAMS
United States Attorney

_____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: November 21, 2024
   New York, New York